Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Steven Fannin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Steven Fannin,<br><br>                    Plaintiff,<br><br>v.<br><br>CACH, LLC,<br><br>                    Defendant. | Case No.: 2:16-cv-02343-JCM-GWF<br><br>**Stipulation of Dismissal**<br> and Order |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Steven Fannin ("Plaintiff") and Defendant CACH, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims in this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of February 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**THE OFFICE OF JOSEPH A. GELLER, ESQ.**

By: /s/ Joseph A. Geller
Joseph A. Geller, Esq.
4545 W. Spring Mountain Rd.
Suite 102
Las Vegas, NV 89102
*Attorneys for Defendant CACH, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 16, 2017

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 13, 2017, the foregoing STIPULATION AND ORDER TO DISMISS DEFENDANT CACH, LLC was served by email to all parties appearing in this case as follows:

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117